No. 03–5585. WEST v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 03–5825. SUAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5929. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5945. WOLFE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–5974. MCDONALD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–6286. BARNES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6287. PARRA SOTO v. WHITE, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6293. MADURA ET UX. v. FULL SPECTRUM LENDING, INC., ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–6296. BAPTISTO v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6297. DEAN v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 03–6298. BRIGNAC v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–6299. THURSTON v. FLORIDA (two judgments). Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–6300. YOUNG v. KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY. C. A. 3d Cir. Certiorari denied.